IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Olamide Olateyo Bello,
                    Relator

v.

United States Department of
Government Efficiency ("DOGE")
                    ~~Relator~~ Respondent

No.:
                    In re: USA v. Bello
                    U.S.D.C No. 4:23CR136(1)

EMERGENCY PETITION FOR WRIT OF MANDAMUS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NO.:   In re: USA v. Bello
USDC NO.: 4:23CR136(1)

EMERGENCY PETITION FOR WRIT OF MANDAMUS FOR AN ORDER COMPELLING UNITED STATES DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE") FOR AN IMMEDIATE FULL AND PROMPT ACCESS TO ALL UNCLASSIFIED RECORDS OF DEPARTMENT OF JUSTICE ("DOJ") AND UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, RECORDS OF CRIMINAL CASE 4:23CR136(1) THAT WAS PRONOUNCED "WRONGFULL" BY HON. JUDGE AMOS L. MAZZANT III AFTER THE GOVERNMENT REST ITS CASE-IN-CHIEF ON JANUARY 15, 2025 (01/15/2025) PURSUANT TO THE DEPARTMENT OF GOVERNMENT EFFICIENCY ("the DOGE EXECUTIVE ORDER") EXEC. ORDER NO. 14,158, 90 FED. REG. 8441 (JAN. 20, 2025) TO ADVANCE THE PRESIDENT TRUMP'S 18-MONTH DOGE AGENDA THROUGH JULY 4, 2026 (07/04/2026) AND TO CUT WASTFULL EXPENDITURES KNOWING THAT THE PROSECUTION WAS "WRONG" AND SHALL BE "OVERTURNED" BY UPPER COURT AND BEFORE SENTENCING HEARING ON JULY 24, 2025 (07/25/2025)

2

PARTIES AND JURISDICTION

Relator, Mr. Olamide Olatayo Bello, is an Individual and a defendant in the Criminal Case Number 4:23CR136(1)

The Respondent, Department of Government Efficiency ("DOGE") established to cut wastful government expenditures

This is an instant action directing the Respondent to cut the wastful government expenditures in the Criminal Case Number 4:23CR136(1) pursuant to Exec. Order No. 14,158, 90 Fed. Reg. 8441 (Jan. 20, 2025)

Venue is proper in this Court under the provision of 28 U.S.C § 1391(e) because a Substantial portion of the event given rise to the Claim occured within Judicial district.

FACTS

1. Relator is the Defendant in the case style USA v. Bello 4:23CR136(1)
2. The District Judge Hon. Judge Amos L. Mazzant, III pronounce the Prosecution to be "wrong" and that the upper Court will overturn the Jury Conviction at the end of the Government rest of its Case-in-chief on January 15, 2025. Relator Moved for Rule 29 Motions.
3. The District Judge Hon. Judge Amos L. Mazzant III was reminded at the Sentencing hearing of the wrongfull Prosecution he Pronounced at the hearing, he affirmed the Wrongfull Prosecution but denied Rule 29 Motion with a claim that it was the Jury's Conviction and Sentenced Relator to 24 years in prison
4. The Relator was prosecuted as a result of the wastefull expenditures and misused of the government funds.
5. The Relator Sentencing is aiding and abbeting continuous wast of the federal funds through the appellate court and process and through the detention Center and Bureu of Prison pending the resolution of the Appeal
6. The "DOGE Team" selected in Consultation with the USDC Administrator to ensure that DOGE "has full and prompt access to all unclassified agency records..." Such as the Jury trial transcript properly transcribed for appellate purpose In the Criminal Case 4:23CR136(1) to Get promptly cut wast expenditure.

4

7. Because DOGE failed to promptly access the records of the jury trial transcripts, the district court proceeded to sentencing against the president's Trump 18-Months DOGE agenda through July 14, 2026 to cut wastfull expenditures

8. The DOGE Executive Order also established within DOGE "the U.S. DOGE Service Temporary Organization," which is "dedicated to advancing the president's 18-Month DOGE Agenda" through July 4, 2026, and is headed by the "USDC Administrator", who reports to the White House Chief of staff

9. Because DOGE failed to promptly access the records of the jury trial transcripts to affirm the "wrong" prosecution and wastfull of expenditures on a criminal case that will be eventually overturn by the appellate court as pronounced by the Chief Judge and the trial Judge, Relator faced an humilated sentencing published on google and several other online searce engine and news station e-g Fox 12

10. Because DOGE failed to promptly cut wastfull expenditures concerning the criminal case number 4:23CR136(1), Relator is currently in custody.

## MANDAMUS IS THE PROPER REMEDY:

1. Relator have a Clear legal right to the relief sough; Failure of DOGE to ~~promptly~~ Promptly cut the wastfull expenditures of federal funds allocated to the Department of Justice to Prosecute Criminal Case 4:23CR136(1) after the Chief Judge and the trial Judge pronounced the Prosecution to be "wrong" after the government rest its Case-In-Chief adversely impact the Relator liberty, and DOGE have a clear legal duty to perform the requested act, and the Relator do not have any Plan or adequate remedy at law. See state ex rel. Copeland v. Judges, 67 Ohio St. 2d 1, 5, 424 N.E. 2d 279 (1981).

2. Mandamus is proper remedy to compel accuracy and Perfection of DOGE record required to aid in wastful government expenditures analysis and cut. See state Id.

3. Mandamus will lie to afford the Relator a complete, full, accurate, and unbridge Justice in the Criminal Case Number 4:23CR136(1)

REQUEST FOR RELIEF

Wherefore, Relator request this Court to grant this Complaint and issue a peremptory emergency writ of Mandamus Ordering DOGE for an immediate access, review, analyse and decision on the government expeditures in the Criminal Case 4:23CR136(1), directing the "DOGE Team" Selected in Consultation with the USDS Administrator to ensure that DOGE has full and prompt access to all unclassified agency records in the Criminal Case number 4:23CR136(1) expecially the Jury trial audio records (unfiltered), and transcripts properly transcribed for appellate purpose, and to promptly cut wastfull expenditures and restructure the DOJ federal agency concerning unlawful and wrong Criminal prosecution, and Cut any future expenditures regarding the "wrong" prosecution as proclaimed by the Cheif Judge Hon. Amos L. Mazzant III.

Respectfully Submitted on this 25 day of July 2025

Mr. Olamuek Olateyo Bello

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that this Petition was served upon the Clerk of Court via U.S. Mail, properly addressed, and affixed thereto. Mr. Olamide Olatayo Bello respectfully requests that a copy be served on all parties to this proceeding via CM/ECF System.

Respectfully Submitted on this 25 day of July 2025

Mr. Olamide Olatayo Bello