UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-00841

**Olamide Olatayo Bello,**
*Petitioner,*

v.

**United States Department of Government Efficiency,**
*Respondent.*

# ORDER

Petitioner Olamide Olatayo Bello filed this petition for a writ of mandamus against the United States Department of Government Efficiency (DOGE). Doc. 1 at 1. This case was referred to a magistrate judge, Doc. 2, who issued a report recommending that the petition be denied. Doc. 6 at 3. Petitioner filed written objections. Doc. 7.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). In conducting a de novo review, the court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Petitioner objects that the magistrate judge "was wrong" in concluding that his goal here is to challenge his prosecution, conviction, and sentence because, even without the criminal prosecution, he has been harmed by the respondent. Doc. 7 at 2. But the law is clear that there is no private cause of action against DOGE that Bello can avail himself of here. Exec. Order No. 14158, 90 Fed. Reg. 8441. Furthermore, Bello has failed to demonstrate the lack of any other adequate remedy. "Mandamus cannot be used as a substitute for appeal . . . ." *In re Willy*, 831 F.2d 545, 549 (5th Cir. 1987). Bello has not shown that he has a clear right to relief,

that any duty is owed to him, and that he lacks any other adequate remedy at law. Thus, the magistrate judge correctly concluded that the petition for writ of mandamus should be denied. Accordingly, petitioner's objections lack merit.

Having reviewed the magistrate judge's report de novo and finding no error, the court accepts its findings and recommendations. The petition for a writ of mandamus is denied. Any pending motions are denied as moot.

*So ordered by the court on October 28, 2025.*

J. CAMPBELL BARKER
United States District Judge